| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gottschall, Joan B. | 2. Court or Organization<br><br>U.S. District Court, NDIL | 3. Date of Report<br><br>05/03/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge--active status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Room 2356<br>Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member | Visiting Committee to the Divinity School, University of Chicago |
| 2.   Member, Board of Directors | Illinois Humanities Council |
| 3.   Member, Board of Directors | Martin Marty Center at the University of Chicago Divinity School |
| 4.   Member | Friends of the University of Sussex |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Gorttschall, Joan B.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | In previous years, I have reported that I am a shareholder in a ███████ business. I realized no income from this business in this year or in the | $0.00 |
| 2. | previous twenty years. This non-investment income will no longer be reported based on the fact that no income has been realized. | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Aspen Institute | 11/5/10-11/07/10 | Wye Woods, MD | Educational seminar | Ground transportation and airfare $497.40 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/03/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Aspen Institute | Lodging, meals, study material for 11/5-11/7 seminar | $727.44 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Vanguard Wellington Fund | A | Dividend | K | T | | | | | |
| 2.  Vanguard Wellesley Fund | A | Dividend | K | T | | | | | |
| 3.  Vanguard Index Trust | A | Dividend | L | T | | | | | |
| 4.  Vanguard Prime Portfolio | A | Dividend | K | T | | | | | |
| 5.  Fed Empl Credit Union Acts | A | Interest | J | T | | | | | |
| 6.  IBM c/stock | A | Dividend | K | T | | | | | |
| 7.  Intel c/stock | A | Dividend | J | T | | | | | |
| 8.  Waste Management c/stock | A | Dividend | J | T | | | | | |
| 9.  Vanguard Tax-Managed Growth & Income Fund | A | Dividend | J | T | | | | | |
| 10.  Hewlett-Packard c/stock | A | Dividend | J | T | | | | | |
| 11.  CVS Caremark c/stock | A | Dividend | J | T | | | | | |
| 12.  MFS Mid-Cap Growth Fund B | | None | | | Sold | 10/07/10 | J | | |
| 13.  MFS Value Fund B | A | Dividend | | | Sold | 10/07/10 | K | D | |
| 14.  Vanguard Capital Opportunity Fund | A | Dividend | J | T | | | | | |
| 15.  BlackRock Large Cap Value | A | Dividend | J | T | | | | | |
| 16.  BlackRock Value Opportunities | A | Dividend | J | T | | | | | |
| 17.  I Shares Russell 1000 Growth Index Fd. | A | Dividend | | | Sold | 09/13/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. I Shares Russell Midcap Index Fd. | A | Dividend | | | Sold | 09/13/10 | J | | |
| 19. I Shares Russell 2000 Growth Index Fd. | A | Dividend | | | Sold | 09/13/10 | J | | |
| 20. Vanguard Intern'l Eq. Idx. Emerg. Mkt. Etf. | A | Dividend | | | Sold | 10/07/10 | J | | |
| 21. I Shares Russell 2000 Index Fd. | A | Dividend | | | Sold | 09/13/10 | J | | |
| 22. I Shares Russell Midcap Growth Index | A | Dividend | | | Sold | 09/13/10 | J | | |
| 23. JP Morgan Growth Advantage Fd. | | None | | | Sold | 09/13/10 | J | | |
| 24. JP Morgan Intrepid Intern'l Fd. | A | Dividend | | | Sold | 10/07/10 | J | | |
| 25. JP Morgan Asia Equity Fd. | A | Dividend | | | Sold | 10/07/10 | J | | |
| 26. JP Morgan Short Term Muni Bond Fd. | A | Dividend | | | Sold | 09/13/10 | J | A | |
| 27. JP Morgan Intermed. Tx. Free Bond | D | Interest | | | Sold | 09/13/10 | M | E | |
| 28. JP Morgan Tax Aware Real Ret. Fd. | A | Dividend | | | Sold | 09/13/10 | K | A | |
| 29. Fidelity Adv. Hi Inc Advantage Fd. | A | Dividend | | | Sold | 10/07/10 | J | A | |
| 30. JP Morgan US Large Cap Core Plus | A | Dividend | | | Sold | 09/13/10 | J | | |
| 31. JP Morgan US Equity Fd. | A | Dividend | | | Sold | 09/13/10 | J | | |
| 32. JP Morgan Intrepid America Fd. | A | Dividend | | | Sold | 09/13/10 | J | | |
| 33. JP Morgan/Chase checking account | A | Interest | | | Closed | 08/19/10 | | | |
| 34. JP Morgan/Chase savings account | A | Interest | | | Closed | 08/19/10 | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan/Chase Money Market Acct | B | Dividend | | | Closed | 08/19/10 | | | |
| 36. JP Morgan Chase 100% US Treasury MM Fd. (investment acct) | | | | | Closed | 08/19/10 | | | |
| 37. JP Morgan Chase 100% US Treasury MM Fd. (retirement account) | | | | | Closed | 08/19/10 | | | |
| 38. JPMorgan Short Duration Bd. Fd. | A | Interest | | | Sold | 10/07/10 | K | A | |
| 39. Barclays Tips Bd.. | A | Dividend | | | Sold | 10/07/10 | J | A | |
| 40. JPMorgan Intern'l Value Fund | A | Dividend | | | Sold | 09/13/10 | J | | |
| 41. JPMorgan Highbridge Stat Mkt Neut Fd | A | Dividend | | | Sold | 09/13/10 | J | | |
| 42. Manning & Napier Fd Inc New Eq Ser | A | Dividend | | | Sold | 09/13/10 | J | | |
| 43. Spdr Tr Unit Ser 1 | A | Dividend | | | Sold | 09/13/10 | K | | |
| 44. Eaton Vance Invt Tr Lg Cap Value Fd | A | Dividend | | | Sold | 09/14/10 | K | C | |
| 45. Dodge & Cox Fds Intl Stk Fd | A | Dividend | J | T | | | | | |
| 46. I Shares MSCI Asian Ex Japan | A | Dividend | | | Sold | 09/13/10 | J | D | |
| 47. Lancaster Cnty Neb. School Dist 001 Lincoln PS Bond | A | Interest | J | T | Buy | 09/21/10 | J | | |
| 48. Orange Cty, NC Pub Impt Bond | B | Interest | K | T | Buy | 09/20/10 | K | | |
| 49. Spring Branch Tx School Dist. Bond | A | Interest | J | T | Buy | 09/17/10 | J | | |
| 50. Garland TX G/O Bond | A | Interest | K | T | Buy | 09/17/10 | K | | |
| 51. St. Joseph Cnty Hosp Auth Bond | B | Interest | K | T | Buy | 09/23/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Calif. G/O Bond | B | Interest | K | T | Buy | 09/21/10 | K | | |
| 53. Monroe Twp NJ Brd Ed/Gloucester Cty G/O Bond | A | Interest | K | T | Buy | 09/22/10 | K | | |
| 54. Seattle WA Mun Lt & Pwr | A | Interest | K | T | Buy | 09/17/10 | K | | |
| 55. Wausau WI School Dist. Bond | A | Interest | K | T | Buy | 09/17/10 | K | | |
| 56. Denton TX Util Sys Bond | A | Interest | K | T | Buy | 09/16/10 | K | | |
| 57. Tipp City Ohio Bond | A | Interest | K | T | Buy | 09/21/10 | K | | |
| 58. Jackson Cty OR School Dist. Bond | A | Interest | J | T | Buy | 09/17/10 | J | | |
| 59. Arizona St. Transprt Brd Hwy Rev Bond | A | Interest | J | T | Buy | 09/20/10 | J | | |
| 60. NJ Ed. Facs Ath Rev. Bond | A | Interest | K | T | Buy | 09/28/10 | K | | |
| 61. Pennsyl. St. Tpk Comm Bond | A | Interest | J | T | Buy | 09/22/10 | J | | |
| 62. Philadelphia PA Gas Wks Bond | A | Interest | J | T | Buy | 09/22/10 | J | | |
| 63. Hopewell Valley NJ Rgl School Dist Bond | B | Interest | K | T | Buy | 10/12/10 | K | | |
| 64. San Antonio TX Indpt Bldg Serv Bond | A | Interest | K | T | Buy | 10/07/10 | K | | |
| 65. San Mateo CA Un High Sch Dist Bond | B | Interest | J | T | Buy | 09/17/10 | J | | |
| 66. Hillsborough Cty FLA Sch Dist Bond | B | Interest | K | T | Buy | 09/28/10 | K | | |
| 67. Tampa FL Sales Tx Rev. Bond | B | Interest | K | T | Buy | 10/14/10 | K | | |
| 68. Virginia College Bldg Auth Ed Fac Bond | B | Interest | K | T | Buy | 09/21/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Jefferson Cty Colo Open Space Sales Tx Bond | B | Interest | K | T | Buy | 09/29/10 | K | | |
| 70. NY NY Ser A G/O Bond | A | Interest | J | T | Buy | 09/21/10 | J | | |
| 71. Ohio St. Wtr Dev Auth Rev Fresh Water Bond | B | Interest | K | T | Buy | 09/21/10 | K | | |
| 72. Polk Cty WI Crp Purp FGIC B/E Util Bnd | B | Interest | K | T | Buy | 10/07/10 | K | | |
| 73. Snohomish Cty WAS Tax G/O Bond | A | Interest | K | T | Buy | 09/28/10 | K | | |
| 74. Balanced Fund Inc. | B | Int./Div. | M | T | Buy | 09/13/10 | L | | |
| 75. Capital Income Bldr | C | Int./Div. | M | T | Buy | 09/13/10 | L | | |
| 76. Capital World Growth Inc. Fnd | B | Int./Div. | M | T | Buy | 09/13/10 | L | | |
| 77. Income Fnd Amer Inc. | C | Int./Div. | M | T | Buy | 09/13/10 | L | | |
| 78. Bank Deposit Sweep (JPMorganChase) | A | Interest | M | T | Buy | 07/21/10 | O | | |
| 79. Vanguard Fix. Inc. Sec. Fund | A | Int./Div. | L | T | Buy | 10/13/10 | L | | |
| 80. Vanguard Wellesley Inc. Fund Investr Cl | D | Int./Div. | M | T | Buy | 09/13/10 | M | | |
| 81. Vanguard Wellington Fund Investr Cl | B | Int./Div. | L | T | Buy | 09/13/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 05/03/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Joan B. Gottschall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544